# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 17-00186-GW -AS | Date | May 8, 2018 |
|---|---|---|---|
| Title | Robert S. Balderrama v. Nancy A. Berryhill | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| N/A | N/A |

**Proceedings:**       **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On February 22, 2017, the Court issued an Order re Procedures in Social Security Appeal directing Defendant to serve Plaintiff with a copy of Defendant's Answer and the Certified Administrative Record and ordering Plaintiff was ordered to file - within thirty-five (35) days from the filing of the Answer - a memorandum in support of the Complaint. (Docket Entry No. 6 at 2). On November 2, 2017, Defendant filed its Answer and the Certified Administrative Record with a proof of service indicating that it had served the Answer and Certified Administrative Record to Plaintiff at Plaintiff's address of record on November 2, 2017. Therefore, Plaintiff was required to file a memorandum in support of the Complaint no later than December 7, 2017 (thirty-five days following the filing of the Answer). To date, Plaintiff has failed to file the required memorandum, seek an extension of time to do so, or otherwise communicate with the Court.

The Court, on its own motion, orders Plaintiff to show cause, in writing, <u>no later than May 29, 2018</u>, why this action should not be dismissed for lack of prosecution. <u>See</u> <u>Link v. Wabash R. Co.</u>, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion). Plaintiff may file a Memorandum in support of the Complaint or declaration in response to this Order to Show Cause **no later than <u>May 29, 2018.</u>** Failure to respond to this Order to Show Cause will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and failure to comply with the Court's Orders.

//
//
//

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-00186-GW -AS | Date | May 8, 2018 |
|----------|--------------------|------|-------------|
| Title | Robert S. Balderrama v. Nancy A. Berryhill | | |

      **In addition, Plaintiff may instead request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). <u>A Notice of Dismissal form is attached for Plaintiff's convenience</u>. Plaintiff is expressly warned that failure to file a timely response to this Order will result in an Order dismissing this action with prejudice for his failure to comply with Court orders and for his failure to prosecute. <u>See</u> Fed. R. Civ. P. 41(b).**


cc:    George Wu
       United States District Judge

|  |  | 0 | : | 00 |
|--|--|---|---|----|
| Initials of Preparer | | | AF | |