UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 17-00186-GW (AS) | Date | July 27, 2018 |
|---|---|---|---|
| Title | Robert S. Balderrama v. Nancy A. Berryhill | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| N/A | | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On June 1, 2018, the Court issued a Minute Order discharging the Court's May 8, 2018 Order to Show Cause based on the filing of Plaintiff's Response (see Docket Entry No. 18) and ordering Plaintiff to file by no later than July 6, 2018 (within 35 days of the date of the Minute Order) a Memorandum in Support of the Complaint pursuant to the Court's February 22, 2017 Order re Procedures in Social Security Appeal (see Docket Entry No. 6 at 2). (Docket Enty No. 19).

To date, Plaintiff has failed to file the required Memorandum, seek an extension of time to do so, or otherwise communicate with the Court.

The Court, on its own motion, orders Plaintiff to show cause, in writing, no later than **August 16, 2018**, why this action should not be dismissed for lack of prosecution. See Link v. Wabash R. Co., 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion). Plaintiff may file a Memorandum in Support of the Complaint or Declaration in response to this Order to Show Cause **no later than August 16, 2018.** Failure to respond to this Order to Show Cause will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and failure to comply with the Court's Orders. See Fed. R. Civ. P. 41(b).

**In addition, Plaintiff may instead request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). A Notice of Dismissal form is attached for Plaintiff's convenience. Plaintiff is expressly warned that failure to file a timely response to this Order to Show Cause will result in a reccommendation that this action be dmissed with prejudice for his failure to comply with Court orders and for his failure to prosecute. See Fed. R. Civ. P. 41(b).**

cc: George Wu
 United States District Judge