# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-00186-GW (AS) | Date | September 7, 2018 |
| Title | Robert S. Balderrama v. Nancy A. Berryhill | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| N/A | | N/A |

**Proceedings:** **(IN CHAMBERS) FINAL ORDER TO SHOW CAUSE**

On June 1, 2018, the Court issued a Minute Order discharging the Court's May 8, 2018 Order to Show Cause based on the filing of Plaintiff's Response (see Docket Entry No. 18) and ordering Plaintiff to file - by no later than July 6, 2018 (within 35 days of the date of the Minute Order) - a Memorandum in Support of the Complaint pursuant to the Court's February 22, 2017 Order re Procedures in Social Security Appeal (see Docket Entry No. 6 at 2). (Docket Enty No. 19).

As of July 27, 2018, Plaintiff had failed to file the required Memorandum in Support of the Complaint, seek an extension of time to do so, or otherwise communicate with the Court. Therefore, on July 27, 2018, the Court ordered Plaintiff to show cause, in writing, no later than August 16, 2018, why this action should not be dismissed for lack of prosecution. (Docket Entry No. 20). Plaintiff was informed that he could file the Memorandum in Support of the Complaint or Declaration in response to the July 27, 2018 Order to Show Cause no later than August 16, 2018.

To date, Plaintiff has failed to file the required Memorandum in Support of the Complaint, seek an extension of time to do so, or otherwise communicate with the Court.

The Court sua sponte extends the time to **September 27, 2018** for Plaintiff to show cause, in writing, why this action should not be dismissed for lack of prosecution. See Link v. Wabash R. Co., 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion). Plaintiff may file a Memorandum in Support of the Complaint or Declaration in response to this Final Order to Show Cause **no later than September 27, 2018.** Failure to respond to this Final Order to Show Cause will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and failure to comply with the Court's Orders. See Fed. R. Civ. P. 41(b).

**In addition, Plaintiff may instead request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). A Notice of Dismissal form is attached for Plaintiff's convenience. Plaintiff is expressly warned that failure to file a timely response to this Final Order**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-00186-GW (AS) | Date | September 7, 2018 |
|---|---|---|---|
| Title | Robert S. Balderrama v. Nancy A. Berryhill | | |

**to Show Cause will result in a reccommendation that this action be dismissed with prejudice for his failure to comply with Court orders and for his failure to prosecute.** See **Fed. R. Civ. P. 41(b).**

cc: George Wu
United States District Judge

0 : 00

Initials of Preparer          AF