JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT S. BALDERRAMA, | ) | NO. SACV 17-00186-GW (AS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that Judgment is entered in favor of Defendant.

DATED: September 16, 2019.


_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE